JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEE ISAAC BEDWELL LEEDS, | ) | Case No. CV 17-1461-DOC (SP) |
| Petitioner, | ) ) ) | |
| v. | ) | **JUDGMENT** |
| WILLIAM MUNIZ, Warden, | ) ) | |
| Respondent. | ) ) | |

_____

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: ___July 12, 2017_____

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE